## LEAPLEY v. MATTHEWS.

### No. 5111.

Court of Appeals of District of Columbia.

Submitted May 6, 1931.

Decided June 1, 1931.

Wm. F. Kelly and P. J. J. Nicolaides, both of Washington, D. C., for plaintiff in error.

G. Lyle Hughes, of Washington, D. C., for defendant in error.

Before MARTIN, Chief Justice, and ROBB, HITZ, and GRONER, Associate Justices.

HITZ, Associate Justice.

The only error assigned to which exception was taken in the court below is the third: "The Court erred in overruling the plaintiff's motion for new trial, because the finding of fact is contrary to the evidence, the weight of the evidence and the law."

"According to federal practice this is not assignable as error." Whelan v. Welch, 50 App. D. C. 174, 269 F. 689, 690, and cases cited; Preleau v. U. S., 50 App. D. C. 287, 271 F. 361; Hill v. U. S., 22 App. D. C. 396.

The judgment is therefore affirmed, with costs.

Affirmed.